NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**SHAMAR BRADLEY,**
*Petitioner*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent*

_____

2022-1180

_____

Petition for review of the Merit Systems Protection Board in No. DC-315H-21-0541-I-1.

_____

## O R D E R

Shamar Bradley having failed to file a motion pursuant to this court's order dated February 11, 2022,

IT IS ORDERED THAT:

(1)  This petition for review is dismissed.

(2)  Each side shall bear its own costs.

FOR THE COURT

March 29, 2022
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court